IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,              ) | CR 10-16-TUC-RCC(DTF) |
|                                         ) | |
| Plaintiff,           ) | **ORDER** |
|                                         ) | |
| vs.                                     ) | |
|                                         ) | |
| Miguel Tzunux-Ruiz,                     ) | |
|                                         ) | |
| Defendant.           ) | |
|                                         ) | |

The Court has reviewed the pleadings, the transcript and exhibits filed and the Magistrate Judge's Report and Recommendation.

There being no objections filed,

**IT IS ORDERED ADOPTING** the Magistrarte Judge's Report and Recommendation (Doc. 59) and **DENYING** Defendant's Motion to Suppress (Doc. 40).

**IT IS FURTHER ORDERED** that the exhibits filed form the motion hearing heard on December 1, 2010 (Exhibits 1 and 2) be returned to the Government.

DATED this 2nd day of February, 2011.

Raner C. Collins
United States District Judge